IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PETE MARTINEZ,

    Plaintiff,

    v.                                              No.  CV 16-299 WJ/SCY

STATE OF NEW MEXICO
DEPARTMENT OF GAME & FISH

    Defendant.

## JUDGMENT

THIS MATTER came before the Court upon Defendant State of New Mexico Department of Game & Fish's Motion to Dismiss Based on Qualified Immunity and Failure to State a Claim (**Doc. 14**), filed July 20, 2016.  Pursuant to the findings and conclusions set forth in the Order which accompanies this Rule 58 Judgment (**Doc. 19**), the Court finds that Defendant's Motion is well taken and therefore granted, and that the claims against Defendant should be dismissed with prejudice.

**IT IS THEREFORE ORDERED** and **ADJUDGED** that all claims in this action are hereby DISMISSED WITH PREJUDICE, thus disposing of this case in its entirety.

_____
UNITED STATES DISTRICT JUDGE